DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801   FAX (650) 345-1514
(707) 544-5500   FAX (707) 544-0475

Entered on Docket
July 22, 2016
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: July 21, 2016

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

In Re:  DAVID KENNETH TENSFELDT
Debtor(s)

Case No.:  16-3-0117 HLB
Chapter:  13

## ORDER CONFIRMING CHAPTER 13 PLAN
## AND ORDER APPROVING ATTORNEY FEES AND NOTICE

The debtor(s) filed a Plan (or if applicable, an Amended Plan) under Chapter 13 of the Bankruptcy Code, a copy of which was served on creditors.  After a noticed hearing on July 20, 2016, the Court finds and concludes that the Plan (or if applicable, the Amended Plan) complies with 11 U.S.C. 1325(a) and other applicable bankruptcy laws, rules and procedures and should be confirmed.

THEREFORE IT IS ORDERED THAT:

I.  The debtor's (s') Plan (or Amended Plan, if applicable) is confirmed.

II.  The future income of the debtor(s) shall be submitted to the supervision and control of David Burchard, Trustee herein, as is necessary for the execution of the Plan.

III.  Until the plan is completed, or the case is dismissed or converted to a case under a different Chapter of the Bankruptcy Code the debtor(s) shall make payment to the Trustee, pursuant to the terms of the Plan, no later than the 20th day of each month.

IV.  If the debtor(s) fail(s) to timely comply with the terms of the Plan, the Plan shall be considered in default and the Trustee may file a motion to dismiss this case for that reason.  Upon the filing of such a motion, debtor(s) shall, within 21 days of the date of service of the Motion cure the Plan default.  If the debtor(s) fail(s) to comply with the foregoing, within the twenty-one (21) days prescribed, the motion shall be heard on the Trustee's next monthly court calendar for dismissals.

V.  Except as otherwise provided in the Plan or in this Order Confirming the Plan, the Trustee shall make payments to creditors under the Plan.

VI.  The debtor(s) may sell or refinance real property without further order of the court upon written approval of the Chapter 13 Standing Trustee.

VII.  Pursuant to the Application for Approval of Attorneys Fees filed by SCOTT J SAGARIA, attorney for debtor(s), attorneys fees in the sum of $6,050.00 are approved, of which $0.00 has been previously paid.

VIII.  **IT IS FURTHER ORDERED,** except insofar as inconsistent with anything above:

Debtor's Chapter 13 Plan, filed on May 27, 2016 shall be confirmed with the following amendments and/or additional provisions:

1) Section 1.01 shall be as follows: Plan payments shall reflect the following payment schedule: $500.00 for 18 months and $1,272.50 for the remainder 42 months of the plan. The total base shall be $62,445.00.

Concurred as to special provisions content                     Concurred as to special provisions content

/s/ SCOTT J SAGARIA                                             /s/ DAVID BURCHARD
SCOTT J SAGARIA                                                 David Burchard, Chapter 13 Trustee

Attorney for Debtor(s)

**\*\*END OF ORDER\*\***

## COURT SERVICE LIST

DAVID KENNETH TENSFELDT
13800 SKYLINE BLVD. #23
REDWOOD CITY, CA 94062