**Entered on Docket**
**July 23, 2019**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
GEOFFREY E. WIGGS (SBN 276041)
LAW OFFICES OF GEOFF WIGGS
1900 S. Norfolk St, Suite # 350
San Mateo, Ca 94403
geoff@wiggslaw.com
Telephone: (650) 577-5952
Facsimile: (650) 577-5953
```

Signed and Filed: July 23, 2019

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>**DAVID TENSFELDT,**<br><br>Debtor. | Case No. **16-30117**<br><br>Chapter 13<br><br>**ORDER ON MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. §1307(b)** |

Upon consideration of Debtor's Motion to Dismiss Case Pursuant to 11 U.S.C. §1307(b) and all supporting documentation;

IT IS ORDERED THAT the Debtor's Motion to Dismiss Case Pursuant to 11 U.S.C. §1307(b) is hereby granted.

**\*\*\*\* END OF ORDER \*\*\*\***

COURT SERVICE LIST

*NONE